

# M E M O R A N D U M

| | |
|---|---|
| **To:** | Honorable Nathaniel M. Gorton<br>U.S. District Judge |
| **From:** | Brett Wingard<br>U.S. Probation Officer |
| **Re:** | **PUOPOLO, Philip  (Dkt. No: 1:05CR10003-14)**<br>**RESTITUTION ORDER  PAYMENT SCHEDULE POLICY** |
| **Date:** | **December 2, 2011** |

This memorandum serves as notification of a restitution payment schedule agreed upon by the Probation Department in accordance with the Administrative Office Monograph 114.

It is the responsibility of the Supervising Probation Officer to notify the Court of an agreed-upon payment schedule, thus making a reasonable payment schedule set by the Court.  The schedule is based upon the defendant's ability to pay at the time it  is formulated.  Periodic reviews of the probationer/supervised releasee's financial situation will be made in order to determine whether the schedule shall be changed.  In the event any changes are made, the Court will be so advised.

The above-captioned defendant has agreed to pay his court-ordered restitution  of $10,000.00 in monthly installments of $75.00  per month.  This is a reduction in his monthly payment due to a change in his employment status.  Our office will continue to monitor Mr. Puopolo's  compliance with the court-ordered financial obligation and will notify the Court of any necessary changes due to a change in his financial situation.

If Your Honor concurs with this payment schedule, please advise by signing below.

Reviewed & Approved by:

/s/ Joseph LaFratta
Joseph LaFratta, Supervising
U.S. Probation Officer

Payment Schedule Is Approved:

_____                                         Date_____
Honorable Nathaniel M. Gorton
U.S. District Judge